**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

In Re:                                              Case No.  21-50163
Laura Mae Hayes
                                                    Chapter 13
SSN# :  XXX-XX-7358


**MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN**


The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004. The information contained herein is deemed accurate as of the date referenced in the next sentence of this Motion, and subsequent amendments or alterations to filed proofs of claims after the date referenced in the sentence below are not reflected or altered by the relief requested in this Motion.

Claim information in motion is current as of 8/23/2023.

The plan as confirmed estimates the payment of a dividend to the general unsecured creditors 1%.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**


| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Burt & Cortes PLLC | 4 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0536 | |
| David and Linda Panten | 7 | | U-Unsecured | 80 | $0.00 | NOT FILED | | |
| Discover Bank | 8 | 1 | U-Unsecured | 80 | $5,257.96 | Pay by Trustee | 1523 | |
| Jeffrey Lineberry | 9 | | U-Unsecured | 80 | $0.00 | NOT FILED | | |
| JPMorgan Chase Bank NA | 5 | 4 | U-Unsecured | 80 | $2,984.43 | Pay by Trustee | 3980 | |
| Lake Norman Law Firm | 10 | 7 | U-Unsecured | 80 | $2,920.00 | Pay by Trustee | | |
| LVNV FUNDING LLC | 11 | 6 | U-Unsecured | 80 | $6,886.42 | Pay by Trustee | 4042 | |
| LVNV FUNDING LLC | 12 | 5 | U-Unsecured | 80 | $3,459.12 | Pay by Trustee | 4041 | |
| LVNV FUNDING LLC | 6 | 8 | U-Unsecured | 80 | $4,307.30 | Pay by Trustee | 5192 | |
| ROBERT H GOURLEY JR | 1 | | B-Base Attorney Fee(s) | 20 | $1,719.00 | $219.00 INSIDE / $1,500.00 OUTSIDE | | |
| ROBERT H GOURLEY JR | 2 | | B-Base Attorney Fee(s) | 50 | $2,781.00 | Pay by Trustee | | |
| ROBERT H GOURLEY JR | 17 | | L-Legal Fees | 50 | $472.00 | $22.00 INSIDE / $450.00 OUTSIDE | 0/21 | 0.00 |
| Steven Chad Hayes | 13 | 9 | U-Unsecured | 80 | $0.00 | UNRESOLVED | | |
| SunTrust Bank now Truist Bank | 14 | 3 | U-Unsecured | 80 | $13,580.92 | Pay by Trustee | 8040 | |
| US Attorney | 3 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| USAA Fed Savings | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8185 | |
| VW Credit Leasing, Ltd | 16 | 2 | U-Unsecured | 80 | $10,298.00 | STOP PAY | 3223 | |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 8/23/2023                              Steven G. Tate
                                             Chapter 13 Trustee
                                             By:  A. Owens

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

In Re:                                                          Case No.  21-50163
Laura Mae Hayes
                                                                Chapter 13
SSN# :  XXX-XX-7358

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 9/28/2023, you or your attorney must do four things:

**1. File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at :**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to  **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date:  10/6/2023                          Time:  9:30 AM

Location:     U.S. Courthouse
              Main Courtroom, First Floor
              200 West Broad Street
              Statesville, NC  28677

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 8/23/2023                          Steven G. Tate, Chapter 13 Trustee
                                          1318 D Davie Avenue
                                          Statesville, NC  28677-3565
                                          (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

In Re:                                                    Case No.  21-50163
Laura Mae Hayes
                                                          Chapter 13
SSN# :  XXX-XX-7358

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 8/23/2023.

                                                          A. Owens
                                                          Office of the Chapter 13 Trustee

Burt & Cortes PLLC, 122 Cherokee Road, Charlotte, NC 28207
David and Linda Panten, 18 Flowerwood Drive, Greer, SC 29651
Discover Bank, PO Box 3025, New Albany, OH 43054-3025
Jeffrey Lineberry, 127 Egrets Walk Place, Mooresville, NC 28117
JPMorgan Chase Bank NA, PO Box 15368, Wilmington, DE 19850
Lake Norman Law Firm, 21235 Catawba Ave, Cornelius, NC 28031
Laura Mae Hayes, 127 Egrets Walk Place, Mooresville, NC 28117
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue Suite 100, Boca Raton, FL 33487
SoFi Lending Corp, 2750 East Cottonwood Pkwy, Suite 300, Salt Lake City, UT 84121
Stacy C Cordes, Cordes Law PLLC, 1800 East Boulevard, Charlotte, NC 28203
Steven Chad Hayes, 10236 Meadow Crossing Lane, Cornelius, NC 28031
SunTrust Bank now Truist Bank, Support Services, PO Box 85092, Richmond, VA 23286
US Attorney, 227 W Trade St Ste 1650, Charlotte, NC 28202
USAA Fed Savings, 10750 McDermott Freeway, San Antonio, TX 78288
VW Credit Leasing, Ltd, c/o National Bankruptcy Services, LLC, PO Box 734400, Dallas, TX 75373-4400
VW Credit, Inc., PO Box 9013, Addison, TX 75001

Total Served: 17